IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DECARLA CRUZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1083-M |
| | § | |
| DOCUSIGN, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS DocuSign's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration [Dkt. No. 11] to the extent that the Court RETAINS the case, REFERS it to arbitration, and ADMINISTRATIVELY CLOSES it pending the outcome of arbitration.  The parties are to report to the Court within ten days after the arbitration decision is rendered.

**SO ORDERED** this 8th day of February, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE